**DENY and Opinion Filed May 9, 2022**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

**No. 05-22-00229-CV**

**IN RE HEARTLAND EXPRESS, INC. OF IOWA, Relator**

**Original Proceeding from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-00697-D**

## MEMORANDUM OPINION

Before Justices Osborne, Partida-Kipness, and Smith
Opinion by Justice Smith

Before the Court is relator's March 18, 2022 petition for writ of mandamus. In the petition, relator challenges the trial court's order granting real party in interest's motion to compel discovery.

Entitlement to mandamus relief requires relator to show that the trial court clearly abused its discretion and that relator lacks an adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on our review of the petition, response, reply, and the record, we conclude that relator has failed to demonstrate an abuse of discretion. *See* TEX. R. APP. P. 52.8(a).

Accordingly, we deny the petition for writ of mandamus, and we lift the stay issued by this Court's March 18, 2022 order.

/Craig Smith/
CRAIG SMITH
JUSTICE

220229F.P05